tion relief are affirmed.   Rule 30.25(b) and Rule 84.16(b).

■

**Thomas L. BEAVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 50104.**

Missouri Court of Appeals,
Western District.

April 4, 1995.

Rose M. Wiebenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

***ORDER***

PER CURIAM.

Appeal from dismissal as untimely filed of Rule 24.035 post-conviction motion.

Judgment affirmed.   Rule 84.16(b).

■

**Kirby BRELSFORD, Appellant,**

v.

**Lawrence BRELSFORD, Respondent.**

**No. WD 49752.**

Missouri Court of Appeals,
Western District.

April 4, 1995.

Alan J. Fleming, Kansas City, for appellant.

Matthew W. Rau, Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

**ORDER**

PER CURIAM:

Kirby Brelsford appeals a decision in a negligence action granting summary judgment to Lawrence Brelsford based on Missouri's Recreational Use Statute, § 537.346 *et seq.*, RSMo 1986.

Judgment affirmed.   Rule 84.16(b).